CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

4/9/19
JULIA C. DUDLEY, CLERK
BY: s/ ELLA SURBER
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 1:16CR00041-014<br>) |
| v. | ) **OPINION AND ORDER**<br>) |
| REBECCA LYNN WILLIAMS, | ) By: James P. Jones<br>) United States District Judge |
| Defendant. | ) |

*Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for United States; Rebecca Lynn Williams, Pro Se Defendant.*

An evidentiary hearing is necessary to resolve defendant Rebecca Lynn Williams's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (ECF No. 978). In one of the three § 2255 claims, Williams alleges that counsel rendered ineffective assistance, in violation of the Sixth Amendment, by not filing a notice of appeal after being asked to do so. Consequently, Williams presents at least one colorable claim of ineffective assistance of counsel, and the court defers adjudication of her other § 2255 claims. *See, e.g., United States v. Killian*, 22 F. App'x 300, 301 (4th Cir. 2001) (unpublished) (stating that a district court should not adjudicate other § 2255 claims if vacatur is warranted); *United States v. Witherspoon*, 231 F.3d 923, 926-27 (4th Cir. 2000) (discussing effective representation as to notices of appeal).

For these reasons, it is hereby **ORDERED** as follows:

1. The United States' Motion to Dismiss (ECF No. 1023) is TAKEN UNDER ADVISEMENT;

2. The defendant's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 will be subject to an evidentiary hearing before the undersigned, limited to the claim that counsel was ineffective regarding the defendant's desire to appeal;

3. The clerk will arrange the appointment of counsel for defendant for the hearing;

4. The clerk will schedule the hearing and will arrange for the defendant to appear at the hearing by video conference from her place of incarceration; and

5. The clerk will send copies of this Order to the defendant and to appointed counsel.

ENTER: April 9, 2019

/s/ James P. Jones
United States District Judge